UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

GREGORY ALLEN VALENTINE                                         PETITIONER

v.                                                                                           CIVIL ACTION NO. 3:11CV-361-S

UNITED STATES OF AMERICA                                       RESPONDENT

### ORDER

Petition for writ of habeas corpus having been filed pursuant to 28 U.S.C. § 2254 and the court having reviewed the report and recommendation of the United States magistrate judge and considered *de novo* those portions of the report as to which the petitioner has filed objections and for the reasons stated in the memorandum opinion entered herein this date and the court being otherwise sufficiently advised, **IT IS HEREBY ORDERED AND ADJUDGED** that

(1) The motion of defendant Gregory Allen Valentine for appointment of counsel (DN 17) is **DENIED**.

(2) The report and recommendation of the United States magistrate judge (DN 10) is **ACCEPTED AND ADOPTED IN ITS ENTIRETY** and the petition of Gregory Allen Valentine for writ of habeas corpus will be denied and dismissed by separate judgment.

**IT IS SO ORDERED.**

June 17, 2014

**Charles R. Simpson III, Senior Judge**
**United States District Court**

cc: Petitioner, pro se
      Counsel of Record